IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **1:12-cv**-00**198**-AP

THOMAS HAYES,

    Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

### 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Nicholas D. Purifoy | JOHN F. WALSH |
| 5020 Bob Billings Pkwy | United States Attorney |
| Lawrence, KS 66049 | |
| Telephone: (785) 832-8521 | WILLIAM G. PHARO |
| npurifoy@mydisabilityprofessionals.com | Assistant United States Attorney |
| Attorney for Plaintiff | District of Colorado |
| | |
| | STEPHANIE LYNN F. KILEY |
| | Special Assistant United States Attorney |
| | Office of the General Counsel, |
| | Social Security Administration |
| | 1001 Seventeenth Street, Suite 6th Floor |
| | Denver, CO 80202 |
| | Telephone: (303) 844-0815 |
| | Stephanie.Kiley@ssa.gov |

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

| | |
|---|---|
| **A. Date Complaint Was Filed:** | January 25, 2012 |
| **B. Date Complaint Was Served on U.S. Attorney's Office:** | March 5, 2012 |
| **C. Date Answer and Administrative Record Were Filed:** | May 4, 2012 |

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

## 7. OTHER MATTERS

There are no other matters anticipated.

**8. BRIEFING SCHEDULE**

Counsel for both parties agree to the following proposed briefing schedule:

| | |
|---|---|
| **A. Plaintiffs Opening Brief Due:** | July 3, 2012 |
| **B. Defendant's Response Brief Due:** | August 2, 2012 |
| **C. Plaintiffs Reply Brief (If Any) Due:** | August 17, 2012 |

**9. STATEMENT REGARDING ORAL ARGUMENT**

The parties do not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties consent to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 23rd day of May, 2012.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Nicholas D. Purifoy<br>Nicholas D. Purifoy<br>5020 Bob Billings Pkwy<br>Lawrence, KS 66049<br>(785) 832-8521<br>E-mail: npurifoy@midlandgroup.com<br>Attorney for Plaintiff | JOHN F. WALSH<br>   United States Attorney<br><br>   WILLIAM G. PHARO<br>   Assistant United States Attorney<br>   District of Colorado<br>william.pharo@usdoj.gov<br>By: s/Stephanie Lynn F. Kiley<br>   Stephanie Lynn F. Kiley<br>   Special Assistant United States<br>Attorney<br>   1001 Seventeenth Street, 6th Floor<br>   Denver, Colorado  80202<br>   Telephone:  (303) 844-0815<br>   Stephanie.Kiley@ssa.gov<br>   Attorneys for Defendant. |